EXHIBIT A

09-10891

05-07927

25.8v.

OCT - 3 1997 (3)

TAXES

997056911

DISTRICT # 100 MAP NO. J-999-999 BLOCK LOT

LT# 35740 DIST_____MAP_____BLK_____LOT_____

PA WARRANTY DEED

Pa 400.00

Local 200.00 Colerain Twp

Local 200.00 Solanco SD

# This Deed, made the 2nd day of OCTOBER, 1997

**Between** A. DALE HERR and F. FAY HERR, Husband and Wife

herein designated as the Grantor(s),

RECORDED OR FILED 97 OCT 9 PM 12:43 RECORDER OF DEEDS LANCASTER, PA.

**And** DANIEL B. STOLTZFUS and SAVILLA B. STOLTZFUS, Husband and Wife

herein designated as the Grantee(s);

**Witnesseth.** *That in consideration of*

FORTY THOUSAND AND 00/100 ($40,000.00) DOLLARS

*lawful money of the United States of America, to the Grantor(s) in hand well and truly paid by the Grantee(s), at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged and the Grantor(s) being therewith fully satisfied, do by these presents grant, bargain, sell and convey unto the Grantee(s),* their heirs and assigns as tenants by the entireties

**All** THAT CERTAIN lot or tract of land being situate on the west side of Pumping Station Road (Pennsylvania State Route No. SR-2015), in the Township of Colerain, County of Lancaster and Commonwealth of Pennsylvania, said tract being comprised of Lot No. 3, Block "A", Lot No. 3A, Block "A" and Lot No. 3B, Block "A" as shown on a Final Subdivision Plan of Lots prepared for A. Dale Herr by Strausser Surveying and Engineering, Inc., dated July 30, 1997 and last revised September 22, 1997, said plan being known as Drawing No. 96063007, said plan being recorded in the Recorder of Deeds Office in Lancaster, Pennsylvania in Subdivision Plan Book No. J-198 on Page No. 41, said lot being more fully bounded and described as follows:

BEGINNING at a p.k. spike near the west edge of the macadam paving of Pumping Station Road (Pennsylvania State Route No. SR-2015), a corner of lands of Norman B. and Katie K. King, said p.k. spike being located at a distance of 1,600 feet, more or less, north of a point located in the intersection of Pumping Station Road (Pennsylvania State Route No. SR-2015) and Kirkwood Pike; thence along said lands of Norman B. and Katie K. King and crossing a floodplain line for Kings Run, south 89 degrees, 37 minutes and 06 seconds west, a distance of 642.06 feet to an iron pin in Kings Run, a corner of Lot No. 4, Block "A", remaining lands of A. Dale Herr; thence along Lot No. 4, Block "A", remaining lands of A. Dale Herr, the five following courses and distances, (1) passing in and along Kings Run, north 36 degrees, 43 minutes and 49 seconds east, a distance of 67.46 feet to an iron pin, (2) continuing in and along Kings Run, north 05 degrees, 39 minutes and 13 seconds east, a distance of 87.70 feet to an iron pin, (3) continuing in and along Kings Run, north 31 degrees, 13 minutes and 57 seconds east, a distance of 386.43 feet to an iron pin, (4) continuing in and along Kings Run, north 58 degrees, 56 minutes and 34 seconds east, a distance of 125.45 feet to an iron pin, (5) recrossing a floodplain line for Kings Run, south 86 degrees, 03 minutes and 13 seconds east, a distance of 25.20 feet to an iron pin, a corner of Lot No. 1A, Block "A"; thence along Lot No. 1A, Block "A" and along Lot No. 1, Block "A" respectively, south 00 degrees, 00 minutes and 43 seconds east, a distance of 211.81 feet to an iron pin, a corner of Lot No. 2A, Block "A";

05-07927

thence along Lot No. 2A, Block "A", the three following courses and distances, (1) south 00 degrees, 00 minutes, and 42 seconds east, a distance of 150.36 feet to an iron pin, (2) south 40 degrees, 29 minutes and 11 seconds east, a distance of 71.42 feet to an iron pin, (3) passing along the south line of a proposed access easement, south 86 degrees, 03 minutes and 13 seconds east, a distance of 221.00 feet to a p.k. spike in Pumping Station Road (Pennsylvania State Route No. SR-2015); thence in and along Pumping Station Road (Pennsylvania State Route No. SR-2015), south 03 degrees, 56 minutes and 47 seconds west, a distance of 99.00 feet to the point and place of Beginning.

A PART THEREOF BEING A PART OF THE SAME PREMISES which A. Dale Herr by deed dated November 20, 1996 and recorded in the Recorder's Office in and for Lancaster Co., PA in Record Book 5181, page 252 granted and conveyed unto A. Dale Herr, his heirs and assigns.

AND A PART THEREOF BEING A PART OF THE SAME PREMISES which P. Fay Herr by deed dated July 24, 1997 and recorded in the Recorder's Office in and for Lancaster Co., PA in Record Book 5405, page 306 granted and conveyed unto P. Fay Herr, her heirs and assigns.

AND A PART THEREOF BEING A PART OF THE SAME PREMISES which P. Fay Herr by deed dated July 24, 1997 and recorded in the Recorder's Office in and for Lancaster Co., PA in Record Book 5405, page 308 granted and conveyed unto P. Fay Herr, her heirs and assigns.

I Certify This Document To Be Recorded in Lancaster Co., Pa.

Randall O. Wenger [signature]

Recorder of Deeds

10/03/97 12:44PM 010M7933 PA TAX $400.00
10/03/97 12:44PM 010M7933 LOCAL TX $200.00
10/03/97 12:44PM 010M7933 LOCAL TX $200.00

05-07927

And the said grantor(s), do(es) hereby warrant specially the property hereby conveyed,

In Witness Whereof, said grantor(s) have hereunto set their hand and seal(s) the day and year first above written.

Signed, Sealed and Delivered
In the Presence of

A. DALE HERR

P. FAY HERR

Commonwealth of Pennsylvania, County of LANCASTER }ss:

On this, the 2nd day of October, 1997, before me

the undersigned officer, personally appeared
A. DALE HERR and P. FAY HERR

known to me (or satisfactorily proven) to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged that they executed the same for the purpose therein contained.

In Witness Whereof, I have hereunto set my hand and official seal.

(notary seal)

MY COMMISSION EXPIRES:

NOTARIAL SEAL
PATTI A. CONNELL, Notary Public
Lancaster City, Lancaster Co., PA
My Commission Expires July 26, 1999

I Hereby Certify, that the precise address of the grantee(s) herein is

858 Pumping Station Road

Kirkwood, Pa. 17536

5482 0460

# EXHIBIT B

09-10891

05-07927

This Document Recorded 10/11/2001 11:26AM Doc Code: 99 Lancaster County, Recorder of Deeds Office
Doc Id: 5014896 Receipt #: 13749 Rec Fee: 27.00

***THIS MORTGAGE,*** made **October 9, 2001**

***BETWEEN*** **Daniel E. Stoltzfus and Savilla E. Stoltzfus,** husband and wife, of the County of Lancaster and Commonwealth of Pennsylvania, hereinafter called the "Mortgagor",

***AND*** **Old Order Amish Helping Program,** a Pennsylvania Non-Profit Corporation, with its office and principal place of business located at 285 Smith Road, Millersburg, Pennsylvania 17061, hereinafter called the "Mortgagee",

(—both mortgagor and mortgagee parties hereto, whether one or more, being herein referred to as though singular in number—),

*WITNESSETH:*

*WHEREAS,* the Mortgagor, by bond and/or Note (—either or both of which being hereafter referred to as "Bond"—) dated concurrently herewith, stands bound to pay the Mortgagee the just principal debt of **Three Hundred Thousand and No/100 Dollars ($300,000.00)** and also to perform other obligations for security of the debt as set forth in said Bond.

*THEREFORE,* in consideration of said debt, and for better securing payment thereof (with interest) as well as performance of said other obligations—

1. The Mortgagor hereby GRANTS and CONVEYS to the Mortgagee

**ALL THAT CERTAIN** lot or tract of land being situate on the west side of Pumping Station Road (Pennsylvania State Route No. SR-2015), in the Township of Colerain, County of Lancaster and Commonwealth of Pennsylvania, said tract being comprised of Lot No. 3, Block "A", Lot No. 3A, Block "A" and Lot No. 3B, Block "A" as shown on a Final Subdivision Plan of Lots prepared for A. Dale Herr by Strausser Surveying and Engineering, Inc., dated July 30, 1997 and last revised September 22, 1997, said plan being known as Drawing No. 96063007, said plan being recorded in the Recorder of Deeds Office in Lancaster, Pennsylvania, in Subdivision Plan Book No. J-198 on Page No. 41, said lot being more fully bounded and described as follows:

**BEGINNING** at a p.k. spike near the west edge of the macadam paving of Pumping Station Road (Pennsylvania State Route No. SR-2015), a corner of lands now or late of Norman B. and Katie K. King, said p.k. spike being located at a distance of 1,600 feet, more or less, north of a point located in the intersection of Pumping Station Road (Pennsylvania State Route No. SR-2015) and Kirkwood Pike; thence along said lands now or late of Norman B. and Katie K. King and crossing a floodplain line for Kings Run, South 89 degrees 37 minutes and 06 seconds West, a distance of 642.08 feet to an iron pin in Kings Run, a corner of Lot No. 4, Block "A", remaining lands of A. Dale Herr; thence along Lot No. 4, Block "A", remaining lands of A. Dale Herr, the five (5) following courses and distances: (1) Passing in and along Kings Run, North 36 degrees, 43 minutes and 49 seconds East, a distance of 67.46 feet to an iron pin; (2) continuing in and along Kings Run, North 05 degrees, 39 minutes and 13 seconds East, a distance of 87.70 feet to an iron pin; (3) continuing in and along Kings Run, North 31 degrees, 13 minutes and 57 seconds East, a distance of 386.43 feet to an iron pin; (4) continuing in and along Kings Run, North 58 degrees, 56 minutes and 34 seconds East, a distance of 125.45 feet to an iron pin; (5) recrossing a floodplain line for Kings

Run, South 86 degrees, 03 minutes and 13 seconds East, a distance of 25.20 feet to an iron pin, a corner of Lot No. 1A, Block "A"; thence along Lot No. 1A, Block "A" and along Lot No. 1, Block "A", respectively, South 00 degrees, 00 minutes and 43 seconds East, a distance of 211.81 feet to an iron pin, a corner of Lot No. 2A, Block "A"; thence along Lot No. 2A, Block "A", the three (3) following courses and distances: (1) South 00 degrees, 00 minutes and 42 seconds East, a distance of 150.36 feet to an iron pin; (2) South 40 degrees, 29 minutes and 11 seconds East, a distance of 71.42 feet to an iron pin; (3) passing along the south line of a proposed access easement, South 86 degrees, 03 minutes and 13 seconds East, a distance of 221.00 feet to a p.k. spike in Pumping Station Road (Pennsylvania State Route No. SR-2015); thence in and along Pumping Station Road (Pennsylvania State Route No. SR-2015), South 03 degrees, 56 minutes and 47 seconds West, a distance of 99.00 feet to the point and Place of BEGINNING.

**BEING THE SAME PREMISES** which A. Dale Herr and P. Fay Herr, husband and wife, by their Deed dated October 2, 1997 and recorded October 3, 1997 in the Lancaster County Office of the Recorder of Deeds in Record Book 5482, Page 0458, granted and conveyed unto Daniel E. Stoltzfus and Savilla E. Stoltzfus, husband and wife, the Mortgagor herein.

**TOGETHER WITH AND SUBJECT TO** an Easement Agreement dated September 19, 1997 and recorded October 3, 1997 in the Lancaster County Office of the Recorder of Deeds in Record Book 5482, Page 0453.

Together with all present and future buildings, improvements, ways, waters, rights, liberties, privileges, hereditaments and appurtenances thereto belonging or appertaining (including, without limiting the generality of the foregoing, cooking, heating, ventilating, air-conditioning, electrical, and plumbing fixtures and equipment, radio and television antennae, screen and storm doors, storm windows, window screens, and all machinery, equipment and fixtures belonging to or used in any manufacturing, industrial or commercial operation now or hereafter conducted on the premises or for which the premises are particularly fitted), and the reversions, remainders, rents, issues and profits thereof—

TO HAVE and TO HOLD the same unto the Mortgagee to and for the Mortgagee's sole use and benefit forever: PROVIDED, that if the Mortgagor shall cause to be paid to the Mortgagee said principal debt and interest at the time/s hereinbefore provided, together with any payments made by the Mortgagee under Paragraph 3, and shall faithfully perform the other covenants made in said Bond and in Paragraph 2 hereof, without any deduction, offset, fraud or delay, then said Bond and this Mortgage, and the estate hereby granted, shall terminate and become void, anything hereinbefore contained to the contrary notwithstanding.

2. The Mortgagor COVENANTS that until all money obligations hereunder and under said Bond be fully paid, the Mortgagor, with respect to the above-described premises, will—

(a)—Maintain Amish Aid coverage on all property now or hereafter thereon, in such form and amount/s (not less than the principal debt), as shall be satisfactory to the Mortgagee reasonably necessary to secure payment of said money obligations in case of fire or other casualty; deliver original insurance and policy, and all endorsements and renewals thereof, to the Mortgagee;

(b)—Pay all real estate taxes, water and sewer rents, and other lienable charges and assessments now or hereafter lawfully imposed thereon by any public authority, before they become delinquent, and produce to the Mortgagee, by December 1 of each year, receipts therefor and for premiums for the above-mentioned fire insurance for the current year, and also pay promptly when due all income, withholding, social security, unemployment compensation, corporation, franchise, capital stock, excise or other Federal, State or local taxes which are or may become liens on the mortgaged premises having priority of lien or payment over this mortgage debt, and furnish evidence of such payment to the Mortgagee on the latter's demand; and

(c)—Keep the same in such good order, condition and repair as the Mortgagee may require; make no alterations without the Mortgagee's written consent; refrain from committing or permitting the commission of waste; permit inspection by the Mortgagee at all reasonable times; and refrain from transferring, or permitting transfer of, title thereto or of any part thereof to

09-108 91
05-07927

others without the Mortgagee's prior written consent.

3. The Mortgagor AUTHORIZES the Mortgagee to procure and pay for insurance and repairs, and to pay taxes and other aforementioned charges in case, and to the extent, of any default by the Mortgagor in performance of obligations under Paragraph 2, and agrees that any such payment/s by the Mortgagee, together with interest thereon, shall be added to and collectible as part of the principal debt.

4. The Mortgagor AGREES that upon any DEFAULT continuing for more than thirty days in payment of the principal debt or any installment thereof or interest thereon at the time/s specified, or upon default in performance of any other obligation or condition of the aforementioned Bond or of this mortgage, or upon the bankruptcy or receivership of, or proceedings for debtor relief under the Bankruptcy Act by, any Mortgagor party (—but subject to any applicable non-waivable statutory rights to cure default or restrictions on foreclosure—)—

(a)—The entire principal debt shall, at the option of the Mortgagee, become due; and payment of the same, with interest, items paid by the Mortgagee under Paragraph 3, an attorney's commission of 5% on the total or of $250. (whichever is greater), and costs of suit, may be enforced and recovered at once, by either or both action/s of mortgage foreclosure, writ/s of execution on judgment/s obtained on said Bond, or any other appropriate remedies hereon or on said Bond, by whatever name designated, without stay or exemption from execution or other process, and with full release or errors notwithstanding any law or usage, or anything contained herein or in said Bond, to the contrary; and

(b)—The Mortgagee may, without legal process, take possession of all or any part/s of the property and appurtenances described in Paragraph 1, and hold, manage, use operate or lease the same in such manner, to such parties, and for such periods, and may apply the net proceeds to costs, expenses, maintenance, repairs, insurance, interest, principal, taxes and/or prior liens in such order, as may be determined solely by the Mortgagee; and the Mortgagor, on demand of the Mortgagee, will assign and deliver to the Mortgagee all leases of the property. Such taking of possession or assignment of leases shall not relieve any default or prevent or delay enforcement of any other remedy provided in this Mortgage or said Bond.

(c)—Should the Mortgagor fail to make an installment due after the 30-day notice period, the Mortgagor agrees to submit to the advice and counsel of the trustees of the Old Order Amish Church for guidance in the Mortgagor's farming operations.

5. The Mortgagor AGREES that the estates, interests, rights, options, remedies, conditions, covenants and obligations created hereby, or referred to herein, shall enure to the benefit of, or jointly and severally bind, not only the respective parties hereto but also their HEIRS, legal representatives, successors and assigns, as fully as though the latter were specifically mentioned in each instance; and that failure of the Mortgagee to exercise any rights or remedies hereunder shall not constitute a waiver thereof.

*IN WITNESS WHEREOF*, the Mortgagor, intending to be legally bound, has executed this mortgage the day and year above written..

*Signed, sealed and delivered in the presence of*

George T. Cook (as to both)

Daniel E. Stoltzfus — *Seal*

Savilla E. Stoltzfus — *Seal*

*I hereby Certify* that the precise address of the Mortgagee herein is 285 Smith Road, Millersburg, PA 17061.

George T. Cook, Esquire

5014896
Page: 3 of 4
10/11/2001 11:28AM

09 1 08 91
05-07927

# NOTE

Secured by Real Estate Mortgage

**BE IT KNOWN** that the undersigned **Daniel E. Stoltzfus and Savilla E. Stoltzfus**, husband and wife, of the County of Lancaster and Commonwealth of Pennsylvania (hereinafter called the "Obligor/s")

stand firmly bound unto **Old Order Amish Helping Program**, a Pennsylvania Non-Profit Corporation, with its office and principal place of business located at 285 Smith Road, Millersburg, Pennsylvania 17061, (hereinafter, whether one or more, called the "Obligee")

in the just sum of **Three Hundred Thousand and No/100 Dollars ($300,000.00)** lawful money of the United States of America, to be paid to the Obligee: to which payment the Obligor/s hereby bind themselves firmly by these presents this 9 day of **October, 2001.**

**THE CONDITIONS OF THIS OBLIGATION** are as follows:

1. If the Obligor/s shall, without fraud or delay, —

(a) Cause to be paid to the Obligee the JUST SUM of Three Hundred Thousand and No/100 Dollars ($300,000.00), lawful money as aforesaid, with interest at the rate of six (6.0%) percent per annum. The interest and principal shall be paid in monthly installments of $2,100.00. *The first* payment is due November 9, 2001. Subsequent payments in the same amount shall be made on the 9th day each month for ten (10) years. After ten (10) years (i.e., on October 9, 2011), the balance of interest and principal shall be due and payable without further delay. Each payment shall be first applied to interest, and the balance to the reduction of principal. There shall be no penalty for early payment of principal. If this note is not paid, the principal may be demanded in full or the interest rate changed on February 1, 2002, and semi-annually thereafter on the first day of each August and February until the principal and interest are paid in full.

and shall also —

[(b) Maintain Amish Aid coverage on all property now or hereafter covered by concurrently-dated mortgage, securing this note, on premises in the Township of Colerain, County of Lancaster, Pennsylvania, (hereinafter called the "mortgaged premises") in such form and amount/s (not less than the aforementioned just sum), as shall be satisfactory to the Obligee and reasonably necessary to secure payment, in case of fire, of all money obligations hereunder; and]

(c) Pay all taxes and lienable charges and assessments now or hereafter lawfully imposed on the mortgaged premises by any public authority before they become delinquent, and produce to the Obligee, by December 1 of each year, receipts therefor and for premiums for the above-mentioned fire insurance for the current year; and

(d) Reimburse the Obligee for any expenditures which the Obligee may make for insurance, taxes and lienable charges or assessments on the mortgaged premises because of any non-compliance by the Obligor/s with the requirements of subparagraphs (b) or (c) above; and

(e) Keep the mortgaged premises in such good order, condition and repair as the Obligee may require; make no alterations thereto without the written consent of the Obligee; and refrain from committing or permitting the commission of waste on said premises —

09 1 08 91
05-07927

— then the above obligation shall be void; but otherwise it shall remain in full force.

2. The obligor/s hereby empower/s any attorney of any court (wheresoever located) to appear for and CONFESS JUDGMENT against the Obligor/s, in favor of the Obligee (or the Obligee's assigns), for the aforementioned penal sum, with costs of suit, release of errors, and without filing any declaration or complaint.

3. Upon any DEFAULT continuing for more than thirty days in payment of the aforementioned just sum, or any installment thereof, or interest thereon, at the time/s herein specified, or upon default in performance of any other obligation or condition of this Note, the entire unpaid balance of said just sum shall, at the option of the Obligee, become due; and payment of the same, together with interest, all items paid by the Obligee under Paragraph 1(d), an attorney's commission of 5% on the total of the foregoing, and costs of suit, may be enforced and recovered at once by any appropriate remedy or concurrent or successive remedies (by whatever name designated) on this Note or on any judgment entered thereon, and/or on the mortgage accompanying this Note, without stay of execution, and with full release of errors, notwithstanding any law or usage, or anything herein contained, to the contrary; and the Obligor/s hereby waive/s the benefit of all laws now or hereafter in force exempting real or personal property from levy and sale on execution.

4. The Obligor/s agree/s that all conditions and provisions of this Note shall enure to the benefit of, and jointly and severally bind, not only the respective parties hereto, but also their HEIRS, legal representatives, successors and ASSIGNS, as fully as though the latter were specifically mentioned in each instance.

IN WITNESS WHEREOF, the Obligor/s, intending to be legally bound, has/have executed this Note on the date above written.

Witness:

(as to both)

Daniel E. Stoltzfus — Seal

Savilla E. Stoltzfus — Seal

#241526.1/21013.001

# EXHIBIT C

09-10891

# OOAHP

**OLD ORDER AMISH HELPING PROGRAM**

285 Smith Road • Millersburg, PA 17061

8/18/03

Daniel E. Stoltzfus
834 Pumping Station Rd
Kirkwood, PA 17536

Daniel

I take no pleasure in writing this letter. Much rather we would wish to continue as brethren in the Old Order Amish Church, but we have been made aware that you wish to renounce your church membership and that does affect the terms of the mortgage which we hold against your property.

Our By-laws strictly state that our Program is for Old Order Amish members only and we would then expect that you would seek financing elsewhere and pay off our mortgage as soon as possible.

Sincerely,

Levi A. Esh

ADMINISTRATOR

OOAHP

09-10891

# EXHIBIT D

ACCOUNT
INVESTMENT ACCOUNT

Name: Stoltzfus, Daniel E. & Saville E.
SSN: 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
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
Address: 834 Pumping Station Rd
Kirkwood, PA 17536

2100.00 Monthly (M)

| DATE | | TRANSACTION | DAYS | RATE | PAYMENT REC'D | INTEREST | PRINCIPAL | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10-9 | 01 | Mortgage CK# 1684 | | | | | 300,000.00 | 300,000.00 |
| 11-14 | 01 | CK# 3298 | 36 | 6% | 2100.00 | 1775.34 | (-324.66) | 299,675.34 |
| 12-11 | 01 | CK# 3384 | 27 | 6 | 2100.00 | 1330.07 | (-769.93) | 298,905.41 |
| 12-31 | 01 | CK# 3462 | 20 | 6 | 2100.00 | 982.70 | (-1117.30) | 297,788.11 |
| 2-8 | 02 | CK# 3586 — 31- 1517.50 / 8- 320.34 | | | 2100.00 | 1837.84 | (-262.16) | 297,525.95 |
| 3-11 | 02 | CK# 3717 | 31 | 5¾ | 2100.00 | 1263.49 | (-836.51) | 296,689.44 |
| 4-11 | 02 | CK# 3805 | 31 | 5 | 2100.00 | 1259.94 | (-840.06) | 295,849.38 |
| 5-3 | 02 | CK# 3905 | 22 | 5 | 2100.00 | 891.62 | (-1208.38) | 294,641.00 |
| 6-11 | 02 | CK# 4030 | 39 | 5 | 2100.00 | 1574.14 | (-525.86) | 294,115.14 |
| 7-9 | 02 | CK# 4135 | 28 | 5 | 2100.00 | 1128.14 | (-971.86) | 293,143.28 |
| 8-13 | 02 | CK# 4256 | 35 | 5 | 2100.00 | 1405.51 | (-694.49) | 292,448.79 |
| 9-16 | 02 | CK# 4575 | 34 | 5 | 2100.00 | 1362.12 | (-737.88) | 291,710.91 |
| 10-14 | 02 | CK# 4656 | 28 | 5 | 2100.00 | 1118.41 | (-981.09) | 290,729.82 |
| 11-11 | 02 | CK# 4746 | 28 | 5 | 2100.00 | 1115.15 | (-984.85) | 289,744.97 |
| 12-13 | 02 | CK# 4828 | 32 | 5 | 2100.00 | 1270.14 | (-829.86) | 288,915.11 |
| 1-14 | 03 | CK# 4946 | 32 | 5 | 2100.00 | 1266.50 | (-833.50) | 288,081.61 |
| 3-3 | 03 | CK 5047 — 17- 610.54 / 31- 1101.25 | | | 2100.00 | 1771.94 | (-328.06) | 287,753.55 |
| 3-3 | 03 | CK# 5048 | 0 | 5 | 2100.00 | -0- | (-2100.00) | 285,653.55 |
| 4-11 | 03 | CK# 5208 | 39 | 4½ | 2100.00 | 1373.51 | (-726.49) | 284,927.06 |
| 5-13 | 03 | CK# 5318 | 32 | 4½ | 2100.00 | 1124.12 | (-975.88) | 283,951.18 |
| 6-13 | 03 | CK# 5435 | 31 | 4½ | 2100.00 | 1085.26 | (-1014.74) | 282,936.44 |
| 7-14 | 03 | CK# 5524 | 31 | 4½ | 2100.00 | 1081.38 | (-1018.62) | 281,917.82 |
| 8-14 | 03 | CK# 5651 | 31 | 4½ | 2100.00 | 1077.49 | (-1022.51) | 280,895.31 |
| 9-18 | 03 | CK# 5715 | 35 | 4½ | 2100.00 | 1212.41 | (-887.59) | 280,007.72 |
| 10-6 | 03 | CK 5741 — 12- 414.27 / 6- 195.63 | | | 2100.00 | 604.40 | (-1495.60) | 278,512.12 |
| 11-13 | 03 | CK | 38 | 4¼ | 2100.00 | 1232.37 | (-867.63) | 277,644.49 |
| 12-18 | 03 | CK 584 | 35 | 4¼ | 2100.00 | 1131.54 | (-968.46) | 276,676.03 |
| 1-7 | 04 | CK 5849 | 20 | 4¼ | 2100.00 | 644.34 | (-1455.66) | 275,220.37 |
| 3-8 | 04 | CK 1038 | 61 | 4¼ | 2100.00 | 1954.90 | (-145.10) | 275,075.27 |
| 4-15 | 04 | CK# 1069 | 38 | 4¼ | 2100.00 | 1217.16 | (-882.84) | 274,192.43 |
| 5-10 | 04 | CK# 1085 | 25 | 4¼ | 2100.00 | 798.20 | (-1301.80) | 272,890.63 |
| 6-7 | 04 | CK# 1126 | 28 | 4¼ | 2100.00 | 889.73 | (-1210.27) | 271,680.36 |
| 7-14 | 04 | CK 1162 | 37 | 4¼ | 2100.00 | 1170.51 | (-929.49) | 270,750.87 |
| | | 535.96 | | | | | | |

09-10891

# EXHIBIT E

# OOAHP

OLD ORDER AMISH HELPING PROGRAM
285 Smith Road • Millersburg, PA 17061

Oct. 22, 04

Daniel E. Stoltzfus
834 Pumping Station Rd
Kirkwood, PA 17536

Daniel;

As of November 1, 2004, your mortgage interest rate will be at 7%

Sincerely,
Levi Q. Esh
Administrator, OOAHP

# EXHIBIT F

201 DB 09-10881

☒ CONTRACT ACCOUNT Name: Stoltzfus, Daniel E. + Savilla E. SSN 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 / 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

☐ AGREEMENT ACCOUNT Address: 834 Pumping Station Rd.

☐ 10-9-01 305,000 Kirkwood, PA 17536

2500 monthly M.

| DATE | TRANSACTION | DAYS | RATE | PAYMENT RECD | INTEREST | PRINCIPAL | BALANCE |
|---|---|---|---|---|---|---|---|
| 7-14-04 | ck# 1162 | 37 | | 2100.00 | 1170.51 | (-929.49) | 270,762.07 |
| 8-10-04 | ck# 1174 | 27 | | 2100.00 | 851.23 | (-1248.77) | 269,513.30 |
| 9-23-04 | ck# 1211 | 44 | | 2100.00 | 1380.79 | (-719.21) | 268,794.09 |
| 10-5-04 | ck# 1218 | 12 | | 2100.00 | 375.58 | (-1724.42) | 267,069.67 |
| 11-8-04 | ck# 1240 26 - 4.79% 809.53 / 8 - 7% 409.75 | | | 2100.00 | 1218.28 | (-881.72) | 266,187.95 |
| 1-11-05 | ck# 1258 | 64 | 7% | 2100.00 | 3267.15 | +1167.15 | 267,355.13 |
| 2-15-05 | ck# [illegible] | 35 | 7% | 2100.00 | 1794.58 | (305.42) | 267,049.71 |
| 12-31-06 | Interest added SEE CORRECTION SHEET | | | | 23,292.92 | | 290,342.63 |

4/11/06
CK# 3498
Hartman Underhill & Brubaker
$314.10
Legal fees paid on
Daniel E. Stoltzfus case

# EXHIBIT G

09-10891

# OOAHP

**OLD ORDER AMISH HELPING PROGRAM**

285 Smith Road • Millersburg, PA 17061

July 31, 2004

Friends, OOAHP Mortgagees / Borrowers;

Enclosed is a copy of your loan file card showing all transactions for the past six months. We have calculated and double checked all entries, but please check for yourself and let us know if you find any errors. The CPA firm of Detweiler, Hershey Associates is performing the annual certified audit and is enclosing their confirmation letter also asking you to reply to them if you find any errors.

The economy is improving and Federal Reserve rates are trending upward again but we do not see any reason for changes at this time. At the July Board meeting it was decided to continue with the same 4¼% rate for the next 6 month period. Farmers are experiencing better cash flows with good milk prices after several very tough years.

We now handle 324 loan accounts drawn on an investor's pool of over $44. million. On your part, prompt and regular monthly payments make the bookkeeping task lots easier in addition to building you as a client a good credit history. This is a very important asset to anyone who later in life asks a Bank for credit to make any kind of investment. most of you are to be commended for your timely payments. We would like to remind those of you who have missed payment schedule dates that while we don't charge late payment penalties as banks do, these practices can leave a dark blot on a credit history. A series of 32- 35- 40 day or even longer lapses in payment schedules are soon a month behind schedule and can be considered a delinquent account. The past several years called for some extra measures of patience for dairy farmers in particular. We are here to help and work with you and if there are any special problems, we ask that you contact us so that we can discuss the situation and take measures to help you correct these problems.

You have our best wishes as we go forward together.

Sincerely,

Levi A. Esh

Levi A. Esh, Administrator, OOAHP

# EXHIBIT H

Dear Sandla. Aug. 9, 2005

Greetings of Love in Jesus Name.
Wonderful rain again And it has cooled off.

To tell you Sam Grodley was an great. Told us more.

That your payments for awhile not being recieved by the Amerì loan Co..
They did try to discuss it personally with Danne, but it failed.
By now For a while it was in a lawyers hands.

Now its in the Sheriffs Hand.
I asked Sam what he'd do if he were us. He'd see to it a friend tells you what is going on. I asked him if he'd come tell you. He said he cannot, unless you call for information. He'd even go as far as making an app. at the gate or mail box to visit with you.

At a Sheriff sale the property does not bring more than the depth to pay. He says you would be far better off to get an auctioneer and put it up for reg. sale.
or better get borrow money and pay off the debts.

A Sheriff Sale will be held also when Private.

~~He says you~~

So feel free to call him.

He is a soft hearted man.

Written in Love

and in concern

Mother

They will not fool around

The 4 Closure is being signed this sub
Sam Grodley Cell. 717. 587. 3230
Call anytime or he mentioned in our letter.

1

# EXHIBIT I

09-10891

BYLER, GOODLEY, WINKLE & HETRICK, P.C.
BY: *D. Holbrook Duer, Esquire*
Identification No. 57324
363 West Roseville Road
Lancaster, PA 17601
(717) 560-6330
Attorneys for Plaintiff

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| OLD ORDER AMISH HELPING PROGRAM | : | |
| Plaintiff | : | No.: ______________ |
| v. | : | |
| DANIEL E. STOLTZFUS and SAVILLA E. STOLTZFUS | : | MORTGAGE FORECLOSURE |
| Defendant | : | |

ENTERED AND FILED
05 SEP 13 PM 4:40

## NOTICE TO DEFEND

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claim set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Lancaster Bar Association
Lawyer Referral Service
Telephone 717-393-0737

09-10891

BYLER, GOODLEY, WINKLE & HETRICK, P.C.
BY: *D. Holbrook Duer, Esquire*
Identification No. 57324
363 West Roseville Road
Lancaster, PA 17601
(717) 560-6330

Attorneys for Plaintiff

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA

| | |
|---|---|
| OLD ORDER AMISH HELPING PROGRAM<br><br>Plaintiff<br><br>vi.<br><br>DANIEL E. STOLTZFUS and SAVILLA E. STOLTZFUS<br><br>Defendant | No.: ____________<br><br>MORTGAGE FORECLOSURE |

**COMPLAINT – MORTGAGE FORECLOSURE**

1. Plaintiff is a Pennsylvania Non-Profit Corporation with offices at 285 Smith Road, Millersburg PA 17061.

2. Defendants are adult individuals residing at 834 Running Pump Road, Kirkwood PA 17536.

3. Defendants are the owners of the real property located at 834 Running Pump Road, Kirkwood PA 17536.

4. On October 9, 2001, Defendants executed a Note to Plaintiff evidencing indebtedness of $300,000 and executed a Mortgage on the property to Plaintiff securing the indebtedness. A true and correct copy of the Deed, Note and Mortgage are attached hereto as Exhibit A.

5. The Mortgage covers the property described in the deed attached hereto, which legal description of the property located at 834 Running Pump Road, Kirkwood PA 17536 is incorporated herein by reference.

09-10891

6. Beginning with the payment due in March 2005, Defendants failed to pay Plaintiffs the Mortgage payment due. The date of the last payment is February 15, 2005.

7. Moreover, Plaintiffs have failed to fulfill their obligations under paragraph 1 of the Note and paragraph 2 of the Mortgage and have failed to maintain Amish Aid coverage on the property.

8., The Mortgage and Note provide for the acceleration of all amounts due upon the expiration of 30 days in default. The accelerated amount due is $267,049.71 in principal and $51.22 daily interest since the last payment of 2/15/05. A full and correct accounting is attached hereto as Exhibit B.

6. Plaintiff has made demand for payment and Defendants have refused.

7. Defendant is indebted to Plaintiffs under the Mortgage in at least the following amounts:

| | |
|---|---|
| Principal as of last payment of 2/15/05 | $267,049.71 |
| Interest through 8/22/05 | $ 9,629.36 |
| Attorney commission of 5% | $ 13,352.48 |
| Total Debt: | $290,031.55 |

Additional amounts may be due and owing by the time judgment is entered or execution had on that judgment, which amounts would be recoverable under paragraph 1 of the Note and paragraph 2 of the Mortgage. Those amounts are currently unliquidated.

10. Simultaneous with the filing hereof, an Affidavit is filed stating that no Act 6 or Notice is required before the filing of this action and an Act 91 Notice was sent on June 16, 2005.

WHEREFORE, Plaintiff demands judgment in mortgage foreclosure and for money in their favor and against Defendant in the amount of $290,031.55, together with continuing daily interest of $51.22 per day since August 22, 2005, plus costs and attorney's fees and any

09-10891

additional amounts owed under paragraph 1 of the Note and paragraph 2 of the Mortgage that may be due and owing at the time execution is had upon that judgment; and demands that execution upon the property at 834 Running Pump Road, Kirkwood PA 17536 be issued immediately.

BYLER, GOODLEY, WINKLE
& HETRICK, P.C.

By: ______________________

D. Holbrook Duer, Esquire
Attorney I.D. No. 57324
363 West Roseville Road
Lancaster, PA 17601
(717) 560-6330

Date: 8/22, 2005

VERIFICATION

I, D. Holbrook Duer, legal counsel for Old Order Amish Helping Program verify that the facts set forth in the foregoing document are true and correct to the best of my knowledge, information and belief and based upon the verified information supplied by Old Order Amish Helping Program. This Verification is made subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsifications to authorities.

Date: 8/22/05

D. Holbrook Duer

09-10891

BYLER, GOODLEY, WINKLE & HETRICK, P.C.
BY: *D. Holbrook Duer, Esquire*
Identification No. 57324
363 West Roseville Road
Lancaster, PA 17601
(717) 560-6330
Attorneys for Plaintiff

IN THE COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| OLD ORDER AMISH HELPING PROGRAM<br>Plaintiff<br>v.<br>DANIEL E. STOLTZFUS and SAVILLA E. STOLTZFUS<br>Defendant | : | No.: CI-05-07927<br>MORTGAGE FORECLOSURE |

**AFFIDAVIT OF D. HOLBROOK DUER, ESQUIRE, COUNSEL OF RECORD FOR PLAINTIFF**

COMMONWEALTH OF PENNSYLVANIA )
) SS:
COUNTY OF LANCASTER )

I, D. Holbrook Duer, Esquire, being an adult individual over the age of 18 do hereby depose and swear:

1. Notice under the Loan Interest and Protection Law, 41 Pa. C.S. § 401 et seq., (Act 6) is not required prior to the filing of this Mortgage Foreclosure Complaint because it does not involve a residential mortgage with an original principal equaling $50,000 or less.

2. Notice under the Homeowner's Emergency Mortgage Assistance Act was sent in the form attached hereto on June 16, 2005 by First Class and Certified Mail.

D. Holbrook Duer, Esquire

09-10891

COMMONWEALTH OF PENNSYLVANIA )
) SS:
COUNTY OF LANCASTER )

On this 13th day of September, 2005, before me, the subscriber, a Notary Public in and for said Commonwealth and County, and residing in Lancaster County, Pennsylvania, personally appeared D. HOLBROOK DUER, ESQUIRE, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

WITNESS my hand and notarial seal the day and year aforesaid.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kelly A. Smith, Notary Public
Manheim Twp., Lancaster County
My Commission Expires Mar. 8, 2006
Member, Pennsylvania Association of Notaries

09-1 08 91

# EXHIBIT J

BYLER, GOODLEY, WINKLE & HETRICK, P.C.
BY: *D. Holbrook Duer, Esquire*
Identification No. 57324
363 West Roseville Road
Lancaster, PA 17601
(717) 560-6330

Attorneys for Plaintiff

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA

OLD ORDER AMISH HELPING PROGRAM
Plaintiff

v.

DANIEL E. STOLTZFUS and SAVILLA E. STOLTZFUS
Defendant

v.

AMISH AID
Additional Defendant

No.: CI-05-07927

MORTGAGE FORECLOSURE

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

1. Plaintiff's Complaint filed in this matter contains an allegation at paragraph 7 that one of the acts of default under the Note and Mortgage is the failure to maintain Amish Aid coverage.

2. As a result of this allegation, Defendants joined Amish Aid as an additional defendant, which action is simply an effort to delay judgment and create unnecessary and wasteful litigation activity with no reasonable basis.

3. Preliminary Objections have been filed by Additional Defendant Amish Aid to the claims of Defendants and Defendants have in turn filed preliminary objections to those preliminary objections.

4. This matter is listed for a Pre-Trial Conference on June 27, 2006.

09-10891

CI-05-07927

5. Plaintiff's Complaint also alleges Defendants failure to pay as an event of default under the Note and Mortgage.

6. In order to avoid wasting this Court's time and resources, Plaintiff proposes to amend the Complaint to drop all reference to the failure to maintain Amish Aid coverage as an act of default, which proposed amendment will render the joinder of Amish Aid moot, as well as render the sets of preliminary objections filed by Amish Aid and Defendants moot.

7. Granting the proposed amendment will serve the interests of judicial economy and permit the more expedient resolution of this matter.

8. Plaintiff requests the immediate entry of the Order attached hereto in order to permit the Pre-Trial Conference and trial to proceed without unnecessary and irrelevant litigation activities tying up this Court's time and resources.

WHEREFORE, Plaintiff requests that an Order be entered in the form attached hereto.

BYLER, GOODLEY, WINKLE
& HETRICK, P.C.

Date: June 12, 2006

By: [signature]
D. Holbrook Duer, Esquire
Attorney I.D. No. 57324
363 West Roseville Road
Lancaster, PA 17601
(717) 560-6330
Attorneys for Plaintiff

# EXHIBIT K

09-10891

# Schedule of Distribution
# Writ of Execution

Ex: #CI-05-07927
June 27, 2007 Property #79

---

Old Order Amish Helping Program

VS.

Daniel E. Stoltzfus
Savilla E. Stoltzfus
834 Pumping Station Road
Kirkwood, PA 17536
Colerain Township

**Proceeds of sale.....$342,100.00**
**Deduct Cost.................7,766.79**
**Balance.....................334,333.21**

Distribution as follows:

Delinquent Taxes - Lancaster County Tax Claim Bureau................................$14,210.95
2007 Co/Twp. Taxes - Anna W. Thompson, Tax Collector...............................2,418.35
2007-08 School Taxes - Solanco School District..............................................5,129.60
Realty Transfer Taxes - Recorder of Deeds ...................................................14,112.95
Mortgage Payoff - Byler, Goodley, Winkle & Hetrick PC..................................298,461.36
(Payoff Amt. $323,385.80)

Byler, Goodley, Winkle & Hetrick
Kevin N. Hook, Esquire
363 West Roseville Rd.
Lancaster, Pa. 17601

Sheriff of Lancaster County

09-10891

# EXHIBIT L

09-10891

# Fowler Appraisal Services

CERTIFIED GENERAL APPRAISERS
Elverson, Pennsylvania 19520
Ph 610 286 9798
Fx 610 286 2024

REAL ESTATE APPRAISAL
OF:
Light Industrial/Residential
834 Pumping Station Road
Colerain Township
Lancaster County, Pennsylvania

DEEDED TO:
Daniel E. & Savilla E. Stoltzfus

PREPARED FOR:
Doug Denlinger
HomeTowne Heritage Bank
1837 William Penn Way
Lancaster, Pennsylvania 17400

PREPARED BY:
Edward M. Fowler, Certification # GA 001526 L

DATE OF INSPECTION: October 16, 2003
DATE OF REPORT: October 29, 2003

09-10891

# TABLE OF CONTENTS

| | |
|---|---|
| LETTER OF TRANSMITTAL | 3 |
| SUMMARY SHEET | 5 |
| SCOPE OF WORK | 6 |
| PURPOSE | 7 |
| LOCATION | 7 |
| REGIONAL DESCRIPTION | 7 |
| NEIGHBORHOOD DESCRIPTION | 8 |
| ZONING | 8 |
| PROPERTY IDENTIFICATION | 8 |
| SITE DESCRIPTION | 9 |
| SITE IMPROVEMENTS | 10 |
| VALUE DEFINITION: MARKET VALUE | 12 |
| HIGHEST AND BEST USE | 13 |
| SALES COMPARISONS APPROACH | 14 |
| COST APPROACH | 17 |
| INCOME APPROACH | 19 |
| RECONCILIATION AND FINAL VALUE ESTIMATE | 20 |
| LIMITING CONDITIONS | 21 |
| EXHIBITS | 25 |

09-10891

## LETTER OF TRANSMITTAL

The following appraisal was ordered by:

Doug Denlinger
1837 William Penn Way
Lancaster, Pennsylvania

for the purpose of obtaining an opinion of Market Value of the subject property.

I hereby acknowledge personal inspection of the following property on October 16, 2003:

834 Pumping Station Road
Colerain Township
Lancaster County, Pennsylvania

Deeded To:

Daniel E. & Savilla E. Stoltzfus

and attest that the information contained herein is factual to the best of my knowledge. The opinion of value is based solely on the acquired data and reflects my personal and professional analyses and conclusions. The results were not influenced in any way by the compensation being paid for this report or by any present or prospective interest in the property; nor was this assignment contingent upon achieving a specific or minimum valuation, or on the approval of a loan.

This appraisal is valid only in its entirety and one segment used independently of the others has no value whatsoever. It was prepared at the request of Doug Denlinger, HomeTowne Heritage Bank, and is intended only for purposes as set forth and prescribed by the same.

To the best of our knowledge, the contents of this report, including analyses, opinions and conclusions, were prepared in compliance with the Uniform Standards of Professional Appraisal Practice and the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute. This appraisal is considered to be a narrative summary appraisal. Significant professional assistance, other than as recognized, was neither sought nor provided.

09-10891

Relying on the information included in this report and appraising the property as a fee simple unit, this appraiser's opinion of Market Value as October 16, 2003 is:

**$1,050,000**

**ONE MILLION FIFTY THOUSAND DOLLARS**

EDWARD M. FOWLER
CERTIFIED GENERAL APPRAISER
CERTIFICATE #GA-001526-L

09-10891

## SUMMARY SHEET

Owner: Daniel E. & Savilla E. Stoltzfus

Location: 834 Pumping Station Road, Colerain Township, Lancaster County, Pennsylvania.

Lot Size: 3.68 acres +/-.

Zoning: C/I Commercial/Industrial; R2 Residential Districts.

Public Utilities: Electric and telephone.

Water: Drilled well.

Sewage: On site system.

Easements, etc.: None known.

Use: Light Industrial/Residential

Flood Hazard Potential: Not in an identified flood hazard area.
FIRM community-Panel No. 421765 0010 B.
No physical evidence of past flooding observed.

Underground Tanks: None known.

Spills: No known spills of fuel, hazardous or toxic substances.

Access: Via driveway from Pumping Station Road.

Marketing Time: A six to twelve month marketing period is assumed.

Indicated and market value:

| | |
|---|---|
| Sales Comparisons: | $1,050,000 |
| Cost Approach: | $1,122,000 |
| Income Approach: | Not Developed |

Market Value: $1,050,000

09-10891

**SCOPE OF WORK**

An interview was held with representatives of the subject property. A physical inspection was made of the subject premises and improvements at the request of HomeTowne Heritage Bank, Lancaster, PA. Information gathered at their request is included in this report with their permission as per attached authorization. Interviews were held with owners of similar properties, as well as leasing agents, to ascertain pertinent information about operation of those properties. Banks were contacted to establish current mortgage requirements. In addition to Lancaster County public records, the following were used for reference and information: Lancaster County Multiple Listing Services, FIRM Flood Insurance Rate Maps, Colerain Township zoning ordinances and Marshall and Swift estimator software.

All three traditional approaches to value were considered. Because the subject property is used for both industrial and owner occupied residential purposes it is the appraiser's opinion that the subject property would be owner occupied and unattractive to the typical investor. Therefore, the income approach was considered to be irrelevant and was not developed.

00-10891

## PURPOSE

The purpose of this appraisal is to estimate market value of the subject property under all conditions comprising a fair sale and implicit in a market value transaction. See VALUE DEFINITION: MARKET VALUE.

This report is intended for use only by the client and any other users as authorized by the client. Use of this report by others is not intended by the appraiser. This report is intended only for use in mortgage lending decisions. This report is not intended for any other use.

## LOCATION

The property is located on the east side of Pumping Station Road approximately 1600' north of Kirkwood Pike in Colerain Township, Lancaster County, Pennsylvania.

## REGIONAL DESCRIPTION

Lancaster County, located approximately 50 miles west of Philadelphia, was carved from neighboring Chester County is 1729 and is fourth oldest county in Pennsylvania. It originally included present-day York and Cumberland counties and parts of Berks, Northumberland and Lebanon counties.

Many of Lancaster County's Early settlers were Mennonites, a sober and industrious religious people. Excellent farmers, they came to occupy nearly 10,000 agrees in the Willow Street area of the County in 1709. As other hardworking groups settled her and farmed the land, agriculture flourished, shaping Lancaster County into the "Garden SpOt of Pennsylvania".

The city of Lancaster was first mapped out as a town in 1730, chartered as a borough in 1742, and became a city in 1818. Other Early settlements developed into the communities of Adamstown, Columbia, Ephrata, Lititz, New Holland and Strasburg. All of these communities were incorporated before 1900 and several have been noted in the National Register. Although most of the county maintains a rural life style, a trend of high population growth around the City of Lancaster began in the 1980's and is continuing today in the bordering townships of East Lampeter, Manheim, Manor, and East and West Hempfield. Future growth is likely in Warwick and West Lampeter townships. Much of the growth is attributable to Lancaster County's location squarely in the "urban corridor" of the East Coast, with 40% of the U.S. population and half of all U.S. personal buying power within 500 miles. Convenient Access is provided by the PA turnpike, US. Routes 30, 222, 322 and Pa Route 283. Because of its attributes, the county is home to over 100,000 companies representing many economic sectors including professional services such as retail trade and health related services, which employ the majority of Lancaster countians. The County also possesses a strong manufacturing orientation and is considered a national printing and graphics arts center.

09-10891

# EXHIBIT M

5

09-10891

Prepared By: Pennsylvania Land Exchange Corporation
Return To: Pennsylvania Land Exchange Corporation
363 West Roseville Road
Lancaster, PA 17601
Parcel ID: 100-73535-0-0000

This Document Recorded 02/12/2008 04:25PM State RTT: 0.00 Local RTT: 0.00 Doc Code: 01 Lancaster County, Recorder of Deeds Office Doc Id: [illegible] Receipt #: 784740 Rec Fee: 42.00

5683858 Page: 1 of 5 02/12/2008 04:25PM

## DO NOT PUBLISH

**This Deed**, *made the 12th day of February, in the year Two Thousand Eight (2008):*

**Between** John R. Glick, *of the County of Lancaster and Commonwealth of Pennsylvania, hereinafter referred to as the "Grantor"*

*A N D*

**PSR Kirkwood, LLC**, a Pennsylvania limited liability company, **Little Elk Creek Farm, LLC**, a Pennsylvania limited liability company, and **PSR Lancaster, LLC**, a Pennsylvania limited liability company, *hereinafter referred to as the "Grantees".*

**Witnesseth**, *That in consideration of One Dollar ($1.00), in hand paid, the receipt whereof is hereby acknowledged, the said Grantor hereby grants and conveys to the said Grantees, their successors and assigns, as Tenants in Common;*

ALL THAT CERTAIN lot or tract of land being situate on the west side of Pumping Station Road (Pennsylvania State Route No. SR-2015), in the Township of Colerain, County of Lancaster and Commonwealth of Pennsylvania, said tract being comprised of Lot No. 3, Block "A", Lot No. 3A, Block "A" and Lot No. 3B, Block "A" as shown on a Final Subdivision Plan of Lots prepared for A. Dale Herr, by Strausser Surveying and Engineering, Inc., dated July 30, 1997 and last revised September 22, 1997, said plan being known as Drawing No. 96063007, said plan being recorded in the Recorder of Deeds Office in Lancaster, Pennsylvania, in Subdivision Plan Book No J-198 at Page No. 41, said lot being more fully bounded and described as follows:

BEGINNING at a p.k. spike near the West edge of the macadam paving of Pumping Station Road (Pennsylvania State Route No. SR-2015), a corner of lands now or late of Norman B. and Katie K

EXHIBIT A

King, said p.k. spike being located at a distance of 1,600 feet, more or less, north of a point located in the intersection of Pumping Station Road (Pennsylvania State Route No. SR-2015) and Kirkwood Pike; thence along said lands now or late of Norman B. and Katie K. King and crossing a flood plain line for Kings Run, South 89 degrees 37 minutes and 06 seconds West, a distance of 642.08 feet to an iron pin in Kings Run, a corner of Lot No. 4, Block "A", remaining lands of A. Dale Herr; thence along Lot No. 4, Block "A", remaining lands of A. Dale Herr, the five (5) following courses and distances: (1) Passing in and along Kings Run, North 36 degrees, 43 minutes and 49 seconds East, a distance of 67.46 feet to an iron pin; (2) continuing in and along Kings Run, North 05 degrees, 39 minutes and 13 seconds East, a distance of 87.70 feet to an iron pin; (3) continuing in and along Kings Run, North 31 degrees, 13 minutes and 57 seconds East, a distance of 386.43 feet to an iron pin; (4) continuing in and along Kings Run, North 58 degrees, 56 minutes and 34 seconds East, a distance of 125.45 feet to an iron pin; (5) re-crossing a flood plain line for Kings Run, South 86 degrees, 03 minutes and 13 seconds East, a distance of 25.20 feet to an iron pin, a corner of Lot No. 1A, Block "A"; thence along Lot No. 1A Block "A" and along Lot No. 1, Block "A", respectively, South 00 degrees, 00 minutes and 43 seconds East, a distance of 211.81 feet to an iron pin, a corner of Lot No. 2A, Block "A"; thence along Lot No. 2A, Block "A", the three (3) following courses and distances: (1) South 00 degrees, 00 minutes and 42 seconds East, a distance of 150.36 feet to an iron pin; (2) South 40 degrees, 29 minutes and 11 seconds East, a distance of 71.42 feet to an iron pin; (3) passing along the South line of a proposed access easement, South 86 degrees, 03 minutes and 13 seconds East, a distance of 221.00 feet to a p.k. spike in Pumping Station Road (Pennsylvania State Route No. SR-2015); thence in and along Pumping Station Road (Pennsylvania State Route No. SR-2015), South 03 degrees, 56 minutes and 47 seconds West, a distance of 99.00 feet to the point and Place of BEGINNING.

BEING known as 834 Pumping Station Road, Kirkwood, PA 17536.

BEING THE SAME PREMISES which Terry A. Bergman, Sheriff of the County of Lancaster, Pennsylvania, by deed dated February 11, 2008, and recorded in the Recorder of Deeds Office in and for Lancaster County, Pennsylvania, at Instrument #5683430, granted and conveyed to John R. Glick.

AND THE GRANTOR HEREIN is the agent of the Grantees herein by virtue of certain agreements dated November 15, 2007, and November 15, 2007.

***And*** *the said Grantor does hereby Specially warrant the property hereby conveyed.*

***In Witness Whereof,*** *said Grantor has hereunto set his hand and seal the day and year first above written.*

*Signed, Sealed and Delivered*
*In the Presence of*

John R. Glick

***I hereby certify*** *that the precise address of the Grantees herein is 363 West Roseville Road, Lancaster, PA 17601.*

Jennifer E. Rineer

***COMMONWEALTH OF PENNSYLVANIA :***
***:***
***COUNTY OF LANCASTER :***

*On This, the 12th day of February, 2008, before me, a Notary Public in and for the said Commonwealth and County, personally appeared SAMUEL A. GOODLEY, JR., Attorney ID No. 27066, known to me (or satisfactorily proven) to be a member of the bar of the highest court of the Commonwealth and a subscribing witness to the within instrument and certified that he was personally present when JOHN R. GLICK, whose name is subscribed to the within instrument, executed the same for the purpose therein contained.*

*In Witness Whereof, I have hereunto set my hand and notarial seal.*

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Stacy E. Mutschler, Notary Public
Manheim Twp., Lancaster County
My Commission Expires July 23, 2011
Member, Pennsylvania Association of Notaries

[signature]
Notary Public

*PENNSYLVANIA LAND EXCHANGE CORPORATION*
*363 WEST ROSEVILLE ROAD*
*LANCASTER, PENNSYLVANIA 17601*
*(717) 560-6330*

09-10891

REV-183 EX (11-06)

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG PA 17128-0603

# REALTY TRANSFER TAX STATEMENT OF VALUE

See Reverse for Instructions

| RECORDER'S USE ONLY | |
|---|---|
| State Tax Paid | 0 |
| Book Number | 5693858 |
| Page Number | |
| Date Recorded | 2/12/08 |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) when the deed is without consideration, or by gift, or (3) a tax exemption is claimed. A Statement of Value is not required if the transfer is wholly exempt from tax based on: (1) family relationship or (2) public utility easement. If more space is needed, attach additional sheet(s).

## A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | | | Telephone Number: |
|---|---|---|---|
| Pennsylvania Land Exchange Corporation | | | (717) 560-8330 |
| Street Address | City | State | Zip Code |
| 383 West Roseville Road | Lancaster | PA | 17601 |

## B. TRANSFER DATA

Date of Acceptance of Document

| Grantor(s)/Lessor(s) | | | Grantee(s)/Lessee(s) | | |
|---|---|---|---|---|---|
| John R. Glick | | | PSR Kirkwood, LLC, PSR Lancaster, LLC, Little Elk Creek Farm, LLC | | |
| Street Address | | | Street Address | | |
| 67 Saint Catherine Drive | | | 383 W. Roseville Road | | |
| City | State | Zip Code | City | State | Zip Code |
| Quarryville | PA | 17566 | Lancaster | PA | 17601 |

## C. PROPERTY LOCATION

| Street Address | | City, Township, Borough |
|---|---|---|
| 834 Pumping Station Road | | Colerain Township |
| County | School District | Tax Parcel Number |
| Lancaster | Southern Lancaster County School Dist. | 100-73636-0-0000 |

## D. VALUATION DATA

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 357,100.00 | + 0.00 | = 357,100.00 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Fair Market Value |
| 578,400.00 | x ~~1.22~~ 1.31 | = ~~705,648.00~~ 757,704.00 |

## E. EXEMPTION DATA

| 1a. Amount of Exemption Claimed | 1b. Percentage of Interest Conveyed |
|---|---|
| 100.00 | 100% |

2. Check Appropriate Box Below for Exemption Claimed

- ☐ Will or intestate succession ______________ (Name of Decedent) ______________ (Estate File Number)
- ☐ Transfer to Industrial Development Agency.
- ☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)
- ☒ Transfer between principal and agent. (Attach complete copy of agency/straw party agreement.)
- ☐ Transfers to the Commonwealth, the United States and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)
- ☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number ______, Page Number ______.
- ☐ Corrective or confirmatory deed. (Attach complete copy of the prior deed being corrected or confirmed.)
- ☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)
- ☐ Other (Please explain exemption claimed, if other than listed above.) ______________

Under penalties of law, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| [signature], Correspondent | 2/12/08 |

FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH APPLICABLE DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.